# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| LACEY KURT PAIGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:12CV40 SNLJ |
| | ) |
| UNKNOWN MURRAY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's response to this Court's June 11, 2012 Memorandum and Order, wherein plaintiff was required to provide the Court with the proper names and service addresses of defendants Unknown Murray and Unknown Taber.

Plaintiff has indicated that defendant Murray's full name is: Sgt. Jerry Murray and that he is a current employee at the Missouri Department of Corrections. As such, the Clerk of Court shall effectuate process on defendant Murray through the waiver of service agreement this Court enjoys with the Missouri Attorney General's Office.

Plaintiff has not provided the Court with any additional information regarding defendant Taber, noting only that his full name is Danny Taber, and that

he was a former employee of the Missouri Department of Corrections.[1] As an inmate, plaintiff is not allowed access to personnel records of employees or former employees as a security precaution. As such, plaintiff has no means by which to obtain this defendant's address for service. The Court will order defense counsel to provide defendant Taber's last known address to the Court in camera, to permit service of process to be effected on defendant Taber.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue process or cause process to be issued on defendant Sgt. Jerry Murray, identified by plaintiff as an employee of the Missouri Department of Corrections. This defendant shall be served in accordance with the waiver agreement maintained with the Missouri Attorney General's Office.

**IT IS FURTHER ORDERED** that the defense counsel in this matter shall inform the Court in writing within ten (10) days of the date of this order of any known address of defendant Danny Draper. Defense counsel's written response to this order should be entitled "In Camera Response to Order of July 12, 2012," and should be mailed directly to the chambers of the undersigned, at the following

---

[1] On May 11, 2012, Asst. Attorney General Eileen Ruppe Krispin confirmed in her correspondence with this Court that defendant Taber was no longer employed by MDOC. [Doc. #10]

address: United States District Court, Eastern District of Missouri, Southeastern Division, 555 Independence, Cape Girardeau, Missouri, 63703.

**IT IS FURTHER ORDERED** that upon receipt of defense counsel's response, the Court will notify plaintiff in writing whether an address has been provided, and if so, the Court will arrange for issuance of summons on plaintiff's behalf. If defense counsel responds that they do not have an address for defendant Taber, plaintiff's claims against defendant Taber will be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

Dated this 11th day of July, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE