UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| LACEY PAIGE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 1:12:cv40 SNLJ |
| JERRY MURRAY, et al., | ) |  |
| Defendants, | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion to terminate his Court-appointed counsel (#123). Plaintiff previously filed a motion to terminate counsel (#115), which was denied with the warning that, should he choose to terminate his relationship with counsel in the future, the Court would not "entertain a motion to appoint substitute counsel in light of plaintiff's apparent unreasonable reluctance to prosecute his case in keeping with standard litigation practices." (#116.) It is clear to the Court that plaintiff's attorney is competently prosecuting the case on behalf of plaintiff but that plaintiff has repeatedly second-guessed his attorney's decisions and is altogether uncooperative.

Plaintiff may proceed with his case *pro se*.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Terminate Counsel (#123) is **GRANTED.**

Dated this __18th__ day of November, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE